IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

_____

MARISA KAY PARKER, #258 428            *

    Petitioner,                                         *

    v.                                                          *            1:09-CV-303-TMH

WARDEN ELLINGTON, *et al.*,               *

    Respondents.                                      *

_____

## ORDER ON MOTION

Upon consideration of Petitioner's Motion for Leave to Proceed *In Forma Pauperis*, and for good cause, it is

ORDERED that the motion (*Doc. No. 2*) be and is hereby GRANTED.

Done, this 14th day of April 2009.

                          /s/ Charles S. Coody
                          CHARLES S. COODY
                          UNITED STATES MAGISTRATE JUDGE